## Commonwealth *v.* Vella, Appellant.

Before HONEYMAN, J.

Argued March 17, 1969. *David B. Fitzgerald,* with him *Fitzgerald & Yatsko,* for appellant; *Lawrence A. Ruth,* Assistant District Attorney, with him *Richard A. Devlin* and *Paul W. Tressler,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Wagner, Appellant.

Before HESS, P. J.

Submitted March 17, 1969. *Ralph W. D. Levan,* Assistant Public Defender, for appellant; *Arthur Ed. Saylor,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.